UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00216

**Rodolfo Leyva, Jr.,**
*Plaintiff,*
v.
**Iniobong N. Ukpong et al.,**
*Defendants.*

# ORDER

Plaintiff, an inmate of the Texas Department of Criminal Justice proceeding pro se, brought this civil rights lawsuit for alleged deliberate indifference in medical care. Doc. 9. He also moved to proceed in forma pauperis. Doc. 10. The case was referred to a magistrate judge, who granted plaintiff in forma pauperis status and ordered him to pay an initial filing fee within 45 days, as required by the Prison Litigation Reform Act. Doc. 12. Plaintiff failed to do so. *See* Doc. 15 at 1. The magistrate judge therefore issued a report recommending that plaintiff's lawsuit be dismissed without prejudice. *Id.* at 2. The report also recommended suspending the statute of limitations in this case for 90 days from entry of the judgment. *Id.* Plaintiff received the report but filed no written objections. Doc. 16.

When there have been no timely objections to a report, the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed without prejudice. The statute of limitations in this case is suspended for 90 days from entry of the judgment. Any pending motions are denied as moot.

*So ordered by the court on January 21, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge